UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FUNTANA VILLAGE, Inc., *et. al.*,

Plaintiffs,

v. CASE NO. 5:15-cv-00282-MW/GRJ

THE CITY OF PANAMA CITY BEACH,
a Florida Municipal Corporation,

Defendant.
_______________________________/

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiffs voluntarily dismiss without prejudice any and all claims which remain pending at this time. Defendant accepts such dismissal and the Parties agree to bear their own fees and costs.

Respectfully submitted this 8th day of March 2016.

*/s/ Luke Lirot*
Luke Lirot, FBN: 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
E-Mail: luke2@lirotlaw.com
jimmy@lirotlaw.com
Office@lirotlaw.com

ATTORNEY FOR PLAINTIFFS

*/s/ Gwendolyn P. Adkins*
Gwendolyn P. Adkins, FBN: 0949566
Scott J. Seagle, FBN: 57158
COPPINS MONROE ADKINS & DINCMAN, P.A.
1319 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 422-2420
Facsimile: (850) 422-2730
E-Mail: gadkins@coppinsmonroe.com
sjseagle@coppinsmonroe.com

ATTORNEYS FOR DEFENDANT