**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**FUNTANA VILLAGE, INC., et al.,**

**Plaintiffs**

**v.** **Case No. 5:15cv282-MW/GRJ**

**THE CITY OF PANAMA CITY BEACH,**

**Defendant.**
_____________________________/

**ORDER CLOSING THE FILE**

The parties have filed a Stipulation for Dismissal without Prejudice. ECF No. 76. The notice is effective without an order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2002). Accordingly, the Clerk shall close the file and terminate all pending motions.

**SO ORDERED on March 8, 2016.**

**s/Mark E. Walker**
**United States District Judge**